Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

---

Gregory C. Raymore
*Your full name*

**FEDERAL TORT CLAIMS ACT
COMPLAINT**

v.

Civil Action No.: 5:23-CV-301
*(To be assigned by the Clerk of Court)*
Bailey Mazzone Pnhe

UNITED STATES OF AMERICA

**FILED**

SEP 21 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

### I.    JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

### II.    PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your full name: Gregory C. Raymore Inmate No.: 56524-060
             Address: USP Hazelton P.O. Box 2000, Bruceton
             Mills, West Virginia

### III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: USP Hazelton

    A.    Is this where the events concerning your complaint took place?
          ☒ Yes      ☐ No

---

**Attachment A**

If you answered "NO," where did the events occur?

_____

_____

_____

IV.   PREVIOUS LAWSUITS

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.    Court: _____
          *(If federal court, name the district; if state court, name the county)*

3.    Case Number: _____

4.    Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.    Name of Judge(s) to whom case was assigned: _____

_____

6.    Disposition: _____
          *(For example, was the case dismissed?  Appealed?  Pending?)*

7.    Approximate date of filing lawsuit: _____

---

*United States District Court*                    8                    *Northern District of West Virginia-2013*

**Attachment A**

8.      Approximate date of disposition. Attach copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes     ☒ No

D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. The administrative stated, medical records revealed I received proper continuity of care while housed at USP Hazelton.

E.      Did you exhaust **ALL** available administrative remedies?
☒ Yes     ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. I filed a BP-8 and BP-9 and received no response. Then I filed a 28 U.S.C. § 2671, et seq., Federal Tort Claim, (SF-95)

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.      Parties to previous lawsuit:

Plaintiff(s): ___Gregory C. Raymore_____

Defendant(s): ___United States of America,_____

---

**Attachment A**

2.    Name and location of court and case number: <u>West Virginia</u> <u>of the Northern District, Case No. 5:23-cv-261</u>

3.    Grounds for dismissal:    □ frivolous      □ malicious ☒ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: <u>7 / 24 / 2023</u>

5.    Approximate date of disposition: _____

## V.   ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office? ☒ Yes      □ No

B.    If your answer is "YES," answer the questions below:

    1.    Identify the type of written claim you filed: <u>Broken hand</u>

    2.    Date your claim was filed: <u>December of 2022</u>

    3.    Amount of monetary damages you requested in your claim: <u>1,100,000.00</u>

    4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

        I.    Date of the written acknowledgment: <u>July 24, 2023</u>
        ii.    Claim Number assigned to your claim: <u>TRT-MXR-2023-02447</u>

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?    □ Yes    ☒ No

**Attachment A**

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

        _____

        _____

        _____

    2.    Identify the type of written claim(s) you filed: _____

        _____

    3.    Date your claim(s) were filed: _____

    4.    Amount of monetary damages you requested in your claim(s):

        _____

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

        I.    Date of the written Acknowledgment: _____

        ii.    Claim Number assigned to your claim: _____

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes        ☒ No

    1.    If you answered "YES," state the:

        I.    Date you requested reconsideration: _____

        ii.    Date the agency acknowledged receipt of your request for reconsideration: _____

**Attachment A**

## VI.   STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the facts of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: U.S.P Hazelton's medical staff failed to get claimant Raymore adequate medical treatment for his broken hand.

Supporting Facts: U.S.P Hazelton's medical staff Ms. Lewis x-ray Claimant Raymore's broken hand and sent him to Morgantown Hospital for emergency surgery, the hospital denied his surgery and any medical care.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
U.S.P Hazelton's medical staff Ms. Lewis

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☒ Yes        ☐ No

If your answer is "YES," please explain: Ms. Lewis sent claimant Raymore to the hospital for surgery and when the hospital denied his surgery and any medical care, Ms. Lewis failed to get him adequate medical care.

CLAIM 2: _____

**Attachment A**

Supporting Facts: _____

_____

_____

_____

     Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

     With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes     ☐ No

     If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

     Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

     With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes     ☐ No

**Attachment A**

If your answer is "YES," please explain: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____


With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____


## VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages.  Claimant Raymore not receiving the proper surgery and adequate medical care for his broken hand caused my broken bone to heal incorrectly and causing him to be handicap in his dominant hand, and he have unnessary pain in his hand.

## VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*
I ask this Honorable Court to grant my claim of 1,100,000.00

_____

_____

_____

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___USP Hazelton___ on ___9-11-2023___.
           (Location)                                       (Date)

_____
Your Signature

**Attachment E**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Gregory C. Raymore_
*Your full name*

v.                                    Civil Action No.: _5:23-cv-301_

UNITED STATES OF AMERICA

## Certificate of Service

I, _Gregory C. Raymore_ (your name here), appearing *pro se*, hereby certify that

I have served the foregoing _Federal Tort Claim_ (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

_9-11-2023_ (insert date here):

        (List name and address of counsel for the defendant)

_____
(sign your name)